# EXHIBIT 1

# ELECTRA



