**EXHIBIT 2**

**FARRELL**





