**EXHIBIT 7**

**POSADA**

