**EXHIBIT 8**

**ROFF**

