UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Carmen Electra et al., | Case No. 5:18-cv-02706-SL |
| Plaintiffs, | Judge Sara Lioi |
| vs. | |
| Dreamers Cabaret, LLC et al., | |
| Defendants. | |

**Defendants' Motion to Dismiss Counts Two and Three**

In accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendants Dreamers Cabaret, LLC and 1110 Brittain Road, LLC move to dismiss Counts Two and Three in the amended complaint: negligence and unjust enrichment.

As explained more in the attached memorandum in support, which is incorporated here by reference, plaintiffs have failed to state a claim for negligence or unjust enrichment even if their factual allegations are presumed true.

The Court should grant this motion accordingly.

Dated:  April 8, 2019                                       Respectfully submitted,

  s/ Matthew J. Cavanagh                                s/ Alan M. Medvick (by consent)
Matthew J. Cavanagh (OH 0079522)         Alan M. Medvick (OH 0081897)
MCDONALD HOPKINS LLC                            NIEKAMP WEISENSELL
600 Superior Avenue, East, Ste. 2100          3 Nantucket Bldg.
Cleveland, Ohio 44114                                  23 South Main St.
t 216.348.5400 │ f 216.348.5474                  Akron, Ohio 44308
mcavanagh@mcdonaldhopkins.com            t 330.434.1000
                                                                       alan@nwm-law.com
*Counsel for Defendant*
*1110 Brittain Road, LLC*                              *Counsel for Defendant*
                                                                       *Dreamers Cabaret, LLC*

{8003891: }