# Exhibit A

**Similar cases in which Irina Voronina is co-plaintiff**

| courtId | firstName | lastName | partyRole | caseNumberFull | caseTitle | caseType | dateFiled |
|---|---|---|---|---|---|---|---|
| azdc | Irina | Voronina | pla | 2:2018cv02503 | Pinder et al v. 4716 Incorporated et al | cv | 8/7/2018 |
| azdc | Irina | Voronina | pla | 2:2018cv04688 | Voronina et al v. Swing Shot Incorporated et al | cv | 12/14/2018 |
| flmdc | Irina | Voronina | pla | 8:2015cv02672 | Edmondson et al v. Caliente Resorts, LLC et al | cv | 11/13/2015 |
| flmdc | Irina | Voronina | pla | 8:2016cv00791 | Gibson et al v. Resort At Paradise Lakes, LLC et al | cv | 4/1/2016 |
| flmdc | Irina | Voronina | pla | 8:2016cv03243 | Edmondson et al v. 2001Live, Inc. | cv | 11/21/2016 |
| flmdc | Irina | Voronina | pla | 8:2017cv00634 | Lancaster et al v. Bottle Club, LLC et al | cv | 3/16/2017 |
| flndc | IRINA | VORONINA | pla | 3:2016cv00073 | BERNSTEIN et al v. R&B AMUSEMENTS INC et al | cv | 2/24/2016 |
| flsdc | Irina | Voronina | pla | 1:2015cv24442 | Edmondson et al v. Velvet Lifestyles, LLC et al | cv | 12/2/2015 |
| flsdc | Irina | Voronina | pla | 0:2016cv61152 | Gibson et al v. Central Florida Liquors LLC et al | cv | 5/31/2016 |
| flsdc | Irina | Voronina | pla | 0:2017cv62256 | Taylor et al v. Trapeze Management, LLC et al | cv | 11/17/2017 |
| flsdc | Irina | Voronina | pla | 0:2017cv62259 | Taylor et al | cv | 11/17/2017 |
| flsdc | Irina | Voronina | pla | 0:2017cv62262 | Taylor et al v. Trapeze Management, LLC et al | cv | 11/17/2017 |
| ilndc | Irina | Voronina | pla | 1:2017cv07368 | Ratchford et al v. AEG Ventures, LLC | cv | 10/12/2017 |
| ilndc | Irina | Voronina | pla | 1:2018cv07814 | Pepaj et al v. Stone Lake Partners, LLC | cv | 11/27/2018 |
| miedc | Irina | Voronina | pla | 4:2017cv13260 | Kindle et al v. D&W, Ltd., LLC et al | cv | 10/4/2017 |
| miedc | Irina | Voronina | pla | 2:2018cv11957 | Guerra et al v. #1 Bar and Grill, LLC | cv | 6/20/2018 |
| miwdc | Irina | Voronina | pla | 1:2018cv01432 | Gibson et al v. Mid Michigan Investment Company | cv | 12/26/2018 |
| njdc | IRINA | VORONINA | pla | 3:2017cv06798 | MARRIN et al v. CLUB 35, INC. | cv | 9/5/2017 |
| njdc | IRINA | VORONINA | pla | 3:2017cv07028 | MARRIN et al v. 35 CLUB, L.L.C. et al | cv | 9/12/2017 |
| njdc | IRINA | VORONINA | pla | 2:2017cv08317 | CHERI et al v. LINVAS CORP. et al | cv | 10/13/2017 |
| njdc | Irina | Voronina | pla | 2:2017cv13112 | Walcott Archuleta et al v. C Entertainment, LLC | cv | 12/14/2017 |
| njdc | IRINA | VORONINA | pla | 2:2018cv11476 | VORONINA et al v. LUCORN, LLC | cv | 7/9/2018 |
| njdc | IRINA | VORONINA | pla | 2:2018cv17710 | ACOSTA et al v. CENTRAL PARK BAR RESTAURANT A | cv | 12/28/2018 |
| njdc | IRINA | VORONINA | pla | 2:2018cv17725 | ACOSTA et al v. HIGHWAY ENTERTAINMENT  et al | cv | 12/28/2018 |
| nyedc | Irina | Voronina | pla | 2:2015cv05880 | Selby et al v. 109 Restaurant Corp. et al | cv | 10/13/2015 |
| nyedc | Irina | Voronina | pla | 1:2015cv06181 | Burciaga et al v. C.J. NYC Inc. et al | cv | 10/27/2015 |
| nyedc | Irina | Voronina | pla | 1:2016cv06530 | Geiger et al v. 3575 Restaurant Corp. et al | cv | 11/23/2016 |
| nyedc | Irina | Voronina | pla | 2:2018cv05802 | Mitcheson et. al. v. MPR Illusions, Inc. et. al. | cv | 10/17/2018 |
| nyedc | Irina | Voronina | pla | 1:2018cv07131 | Ratchford et al v. ASPL Cafe, Inc. et al | cv | 12/14/2018 |
| nyndc | Irina | Voronina | pla | 1:2018cv00296 | Pinder et al v. S. DiCarlo, Inc. et al | cv | 3/8/2018 |
| nysdc | Irina | Voronina | pla | 1:2015cv08168 | Gibson et al v. SCE Group, Inc. et al | cv | 10/16/2015 |
| nysdc | Irina | Voronina | pla | 1:2016cv02477 | Voronina et al v. Scores Holding Company, Inc. et al | cv | 4/3/2016 |
| ohndc | Irina | Voronina | pla | 5:2018cv02176 | Electra et al v. F.M.J. Restaurant, Inc.  et al | cv | 9/21/2018 |
| ohndc | Irina | Voronina | pla | 1:2018cv02208 | Cripliver et al v. Crazy Horse Licensing, Inc  et al | cv | 9/25/2018 |
| ohndc | Irina | Voronina | pla | 5:2018cv02354 | Gibson et al v. Crystal Entertainment, Inc  et al | cv | 10/10/2018 |
| ohndc | Irina | Voronina | pla | 1:2018cv02549 | Canas et al v. Threesome Entertainment, Inc. et al | cv | 11/5/2018 |
| ohndc | Irina | Voronina | pla | 3:2018cv02547 | Acosta, et al v. 505 Foods, LLC, et al. | cv | 11/5/2018 |
| ohndc | Irina | Voronina | pla | 5:2018cv02706 | Electra et al v. Dreamers Cabaret, LLC et al | cv | 11/20/2018 |
| ohndc | Irina | Voronina | pla | 1:2019cv00486 | Electra et al v. HDV-Cleveland, LLC | cv | 3/5/2019 |
| ohsdc | Irina | Voronina | pla | 1:2018cv00636 | Underwood et al v. Nolan Enterprises Inc. d/b/a Centerfold | cv | 9/10/2018 |
| ohsdc | Irina | Voronina | pla | 2:2018cv01034 | Underwood et al v. Nolan Enterprises Inc. | cv | 9/10/2018 |
| ohsdc | Irina | Voronina | pla | 2:2018cv01093 | Banx et al v. LL Entertainment, LLC | cv | 9/21/2018 |
| ohsdc | Irina | Voronina | pla | 1:2018cv00682 | Campos et al v. N.Y.N.Y., Inc | cv | 9/27/2018 |
| ohsdc | Irina | Voronina | pla | 2:2018cv01389 | Banx et al v. The Princeton Club, LLC | cv | 11/7/2018 |
| txndc | Irina | Voronina | pla | 3:2017cv03129 | Ratchford et al v. Dallas Food & Beverage LLC et al | cv | 11/14/2017 |

| **Similar cases in which Carmen Electra is co-plaintiff** | | | | | | | |
|---|---|---|---|---|---|---|---|
| courtId | firstName | lastName | partyRo | caseNumberFull | caseTitle | caseTy | dateFiled |
| azdc | Carmen | Electra | pla | 2:2018cv01591 | Burciaga et al v. Metropolitan Bush Company LLC et al | cv | 5/24/2018 |
| azdc | Carmen | Electra | pla | 2:2018cv01604 | Electra et al v. Idaho Business Holdings LLC et al | cv | 5/25/2018 |
| azdc | Carmen | Electra | pla | 4:2018cv00394 | Longoria et al v. Whitefeather Ventures LLC et al | cv | 8/10/2018 |
| codc | Carmen | Electra | pla | 1:2018cv02268 | Electra v. 4842 Morrison Road Corp et al | cv | 8/31/2018 |
| codc | Carmen | Electra | pla | 1:2019cv00259 | Pinder et al v. Bavaria Inn Restaurant, Inc. | cv | 1/30/2019 |
| ctdc | Carmen | Electra | pla | 3:2019cv00501 | Geiger et al v. W Ventures LLC et al | cv | 4/3/2019 |
| ctdc | Carmen | Electra | pla | 3:2019cv00502 | Geiger et al v. C&G of Groton, Inc. et al | cv | 4/3/2019 |
| flmdc | Carmen | Electra | pla | 8:2015cv02672 | Edmondson et al v. Caliente Resorts, LLC et al | cv | 11/13/2015 |
| flmdc | Carmen | Electra | pla | 6:2018cv01808 | Cerny et al v. The Boulevard Del, Inc. | cv | 10/25/2018 |
| flsdc | Carmen | Electra | pla | 1:2018cv22231 | Dginguerian et al v. Porky's Cabaret, Inc. | cv | 6/5/2018 |
| ilndc | Carmen | Electra | pla | 1:2017cv07368 | Ratchford et al v. AEG Ventures, LLC | cv | 10/12/2017 |
| ilndc | Carmen | Electra | pla | 1:2018cv07441 | Moreland et al v. Club 390 Corp. | cv | 11/9/2018 |
| nyedc | Carmen | Electra | pla | 1:2016cv00491 | Geiger et al v. La Oficina of Queens, Inc. et al | cv | 1/31/2016 |
| nyedc | Carmen | Electra | pla | 1:2016cv06530 | Geiger et al v. 3575 Restaurant Corp. et al | cv | 11/23/2016 |
| nyedc | Carmen | Electra | pla | 2:2018cv05846 | Lopez et. al. v. Look Entertainment, Ltd et. al. | cv | 10/18/2018 |
| nyndc | Carmen | Electra | pla | 5:2018cv00293 | Pinder et al v. J.A. Rogar, Inc. et al | cv | 3/8/2018 |
| nyndc | Carmen | Electra | pla | 1:2018cv00296 | Pinder et al v. S. DiCarlo, Inc. et al | cv | 3/8/2018 |
| nysdc | Carmen | Electra | pla | 1:2015cv08028 | Toth et al v. 59 Murray Enterprises, Inc. et al | cv | 10/13/2015 |
| nysdc | Carmen | Electra | pla | 1:2016cv02242 | Edmondson et al v. RCI Hospitality Holdings, Inc. et al | cv | 3/26/2016 |
| nysdc | Carmen | Electra | pla | 1:2016cv02477 | Voronina et al v. Scores Holding Company, Inc. et al | cv | 4/3/2016 |
| ohndc | Carmen | Electra | pla | 5:2018cv02176 | Electra et al v. F.M.J. Restaurant, Inc. et al | cv | 9/21/2018 |
| ohndc | Carmen | Electra | pla | 1:2018cv02208 | Cripliver et al v. Crazy Horse Licensing, Inc et al | cv | 9/25/2018 |
| ohndc | Carmen | Electra | pla | 5:2018cv02706 | Electra et al v. Dreamers Cabaret, LLC et al | cv | 11/20/2018 |
| ohndc | Carmen | Electra | pla | 1:2019cv00486 | Electra et al v. HDV-Cleveland, LLC | cv | 3/5/2019 |
| ohsdc | Carmen | Electra | pla | 2:2018cv01068 | Electra v. Sandron Ventures Corporation et al. | cv | 9/17/2018 |
| ohsdc | Carmen | Electra | pla | 2:2018cv01093 | Banx et al v. LL Entertainment, LLC | cv | 9/21/2018 |
| ohsdc | Carmen | Electra | pla | 1:2018cv00682 | Campos et al v. N.Y.N.Y., Inc | cv | 9/27/2018 |
| ohsdc | Carmen | Electra | pla | 2:2018cv01268 | Canas et al v. M & G Business Ventures, LLC | cv | 10/19/2018 |
| ohsdc | Carmen | Electra | pla | 3:2018cv00420 | Electra, et al v. WCI, Inc. | cv | 12/31/2018 |
| txwdc | Carmen | Electra | pla | 5:2018cv00910 | Patrick et al v. KHG of San Antonio, L.L.C. | cv | 8/31/2018 |