UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| CARMEN ELECTRA, et al., | : | Case No. 5:18-cv-02706 |
|---|---|---|
| Plaintiffs, | : | |
| | : | Judge Sara Lioi |
| v. | : | |
| | : | |
| DREAMERS CABARET, LLC, et al., | : | |
| | : | |
| Defendants. | | |

**JOINT MOTION FOR THREE-MONTH EXTENSION OF CASE DEADLINES**

In accordance with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the Parties jointly and respectfully request that the Court extend all case deadlines by three months. The good cause for this request is as follows:

The parties previously sought and obtained an extension of the fact discovery deadline to allow them time to focus on settlement talks. (ECF #41.) After obtaining that extension, the parties engaged in settlement discussions. The parties made good progress in their talks to the point where they created a draft multi-page settlement agreement. In reviewing that draft, however, the parties discovered a term over which they fundamentally disagreed. Despite their efforts to resolve their differences over that term, the parties reached an impasse, and both sides concluded that their disagreement on that term is a deal-breaker.

Because the parties were focused on settlement talks, and believed that they were very close to a settlement, they did not make substantial progress in fact discovery and thus need additional time to finish fact discovery. Additionally, the ongoing COVID-19

pandemic and the responses to it, including stay-at-home orders, quarantine orders, social-distancing requirements, and the like have slowed and interfered with the parties' and their attorneys' work on discovery in this case.

With settlement now appearing unlikely, the parties have refocused their attention and resources toward fact discovery. The parties have met-and-conferred about certain discovery disputes over written discovery, which must be resolved prior to depositions. The parties have resolved some of those disputes, although plaintiffs require additional time to gather and produce certain categories of documents that they have agreed to produce. There remain a handful of issues that the parties have been unable to resolve, and they anticipate raising those issues before the Court very shortly.

Thus, the parties request additional time to produce documents, have their discovery disputes resolved, and to take fact witness depositions.

Accordingly, the Parties respectfully request a modification to the Scheduling Order that extends all deadlines by approximately three months as follows:

| *Event* | *Current Date* | *Proposed New Date* |
|---|---|---|
| Deadline for Completing Non-Expert Discovery | November 17, 2020 | February 15, 2021 |
| Deadline to identify Experts and provide reports | December 28, 2020 | March 29, 2021 |
| Deadline to identify rebuttal Experts and provide reports | February 2, 2021 | May 3, 2021 |
| Deadline for completing Expert discovery | March 4, 2021 | June 2, 2021 |
| Deadline for filing Dispositive Motions | April 8, 2021 | July 7, 2021 |
| Deadline for filing Oppositions to Motions | May 5, 2021 | August 3, 2021 |

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for filing replies to responses | May 19, 2021 | August 17, 2021 |
| Telephone Status Conference | December 24, 2020 | March 24, 2021 |
| Final Pre-Trial Conference | July 27, 2021 | October 25, 2021 |
| Jury Trial set on two week standby | August 17, 2021 | November 15, 2021 |

The Parties respectfully request that the Court grant their Joint Motion to Extend Case Deadlines.

Dated: November 4, 2020

Respectfully submitted,

s/ Joseph N. Casas (per consent)
Joseph N. Casas
The Casas Law Firm PC
11844 Bandera Rd.
Helotes, TX 78023
Phone: (855) 267-4457
Fax: (855) 220-9626
joseph@talentrights.law

*Attorney for Plaintiffs*

   s/ Matthew J. Cavanagh
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Ave., East, Ste 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
mcavanagh@mcdonaldhopkins.com

*Attorney for Defendant*
*1110 Brittain Road, LLC*

   s/ Alan M. Medvick  (per consent)
Alan M. Medvick (OH 0081897)
MEDVICK & CABE
PO Box 2304
Akron, Ohio 44309
Phone: (234) 206-0308
Alan@medvickcabe.com

*Attorney for Defendant*
*Dreamers Cabaret, LLC*