**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON**

| | |
|---|---|
| CARMEN ELECTRA, GEMMA LEE FARRELL, CIELO JEAN GIBSON, RACHEL KOREN, URSULA MAYES, EVA PEPAJ, LINA POSADA, ROSIE ROFF, LAURIE ROMEO, CLAUDIA SAMPEDRO, SABELLA SHAKE, IRINA VORONINA, EMILY SEARS, PAIGE HATHAWAY, <br><br>Plaintiffs, <br><br>v. <br><br>DREAMERS CABARET, LLC, 1110 BRITTAIN ROAD, LLC, <br><br>Defendants, | CASE NO. 5:18-CV-02706-SL <br><br>JUDGE SARA LIOI <br>UNITED STATES DISTRICT JUDGE <br><br>MAGISTRATE JUDGE <br>CARMEN E. HENDERSON <br><br>**ORDER** |

This matter is before the Court on Defendant 1110 Brittain Road, LLC.'s Notice of Discovery Dispute and Request for Local Rule 37.1 Conference (ECF No. 45), upon referral from the District Court pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and Rule 72.2(a) of the Local Civil Rules. The undersigned conducted a telephone conference on January 29, 2021, with respect to the two issues set forth in the Notice. After hearing from the parties and reviewing the parties' statement letters, the Court finds that the settlement agreements sought by Defendant are not relevant to the determination of the fair market value of the photographs/images. Defendant's request that the settlement agreements be produced is DENIED. With respect to the second issue, the parties agreed as follows: 1) Plaintiffs will provide all responsive deposition transcripts in their possession and that come into their possession through ordinary course; 2) for those Plaintiffs who have been involved in 10 or fewer similar lawsuits, Plaintiffs will provide all

documents in their possession that fall into Defendant's definition of "testimony" as set forth in the discovery requests; and 3) for those Plaintiffs who have been involved in more than ten similar lawsuits, Defendant shall provide Plaintiffs with a list of ten cases for each Plaintiff; Plaintiffs will then provide for those 10 cases for each Plaintiff, all documents in their possession that fall into Defendant's definition of "testimony" as set forth in the discovery requests.

    IT IS SO ORDERED.

Dated: February 3, 2021

                                                                  s/*Carmen E. Henderson*
                                                                  Carmen E. Henderson
                                                                  United States Magistrate Judge