UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| CARMEN ELECTRA, et al., | : | Case No. 5:18-cv-02706 |
| Plaintiffs, | : | |
| | : | Judge Sara Lioi |
| v. | : | |
| | : | |
| DREAMERS CABARET, LLC, et al., | : | |
| | : | |
| Defendants. | | |

**JOINT MOTION FOR 30-DAY EXTENSION OF DISCOVERY DEADLINES**

In accordance with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the Parties jointly and respectfully request that the Court extend the discovery deadlines by 30 days. The good cause for this request is as follows:

Attorney Medvick has recently taken over representation of the Defendant, 1110 Brittain Road, LLC, with the withdrawal of prior counsel, Matthew Cavanagh. Since this change in representation, the parties continue to be engaged in settlement discussions, and are hopeful that a resolution can be reached. However, the approaching discovery deadlines would involve expenditure by the parties which would be a potential impediment to resolution of this matter, and the parties jointly move for a brief extension of the schedule in order to attempt to reach settlement of these claims without the necessity of such expense.

Accordingly, the Parties respectfully request a modification to the Scheduling Order that extends all deadlines by approximately 30 days as follows:

| *Event* | *Current Date* | *Proposed New Date* |
|---|---|---|
| Deadline for Completing Non-Expert Discovery | April 2, 2021 | May 3, 2021 |
| Deadline to identify Experts and provide reports | April 2, 2021 | May 3, 2021 |
| Deadline to identify rebuttal Experts and provide reports | May 7, 2021 | June 1, 2021 |
| Deadline for completing Expert discovery | June 11, 2021 | July 9, 2021 |
| Deadline for filing Dispositive Motions | June 18, 2021 | July 16, 2021 |
| Deadline for filing Oppositions to Motions | July 9, 2021 | July 30, 2021 |
| Deadline for filing replies to responses | July 23, 2021 | August 13, 2021 |
| Telephone Status Conference | April 2, 2021 | April 2, 2021 (unchanged) |
| Final Pre-Trial Conference | October 22, 2021 | October 22, 2021 (unchanged) |
| Jury Trial set on two week standby | November 29, 2021 | November 29, 2021 (unchanged) |

The Parties respectfully request that the Court grant their Joint Motion to Extend Discovery Deadlines.

<u>Dated</u>: March 12, 2021

Respectfully submitted,

s/ Joseph N. Casas (per consent)  
Joseph N. Casas  
The Casas Law Firm PC  
11844 Bandera Rd.  
Helotes, TX 78023  
Phone: (855) 267-4457  
Fax:  (855) 220-9626  
joseph@talentrights.law  

***Attorney for Plaintiffs***

 s/ Alan M. Medvick  (per consent)  
Alan M. Medvick (OH 0081897)  
**MEDVICK LEGAL, LLC**  
PO Box 2304  
Akron, Ohio 44309  
Phone: (234) 206-0308  
Alan@medvickcabe.com  
***Attorney for Defendants***